**Creitz & Serebin LLP**

Joseph A. Creitz, CBN 169552
joe@creitzserebin.com
Lisa S. Serebin, CBN 146312
lisa@creitzserebin.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
415.466.3090 (tel)
415.513.4475 (fax)
Attorneys for Plaintiff Gina Mercieri

Ronald K. Alberts, CBN 100017
ralberts@grsm.com
Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5088
Facsimile: (213) 680-4470
Attorneys for Defendant
Metropolitan Life Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MERCIERI,<br><br>             Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>             Defendant. | Case No.: 19-cv-2487 MMC<br><br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br>[FED. R. CIV. PROC. 41(a)(1)(A)(ii)] |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, through
2  their counsel, hereby stipulate that this entire action is dismissed with prejudice, each
3  party to bear its own attorney's fees and costs.
4  **IT IS SO STIPULATED.**
5  Dated: October 5, 2021

Creitz & Serebin LLP

By  /s/ Lisa S. Serebin
    Joseph A. Creitz
    Lisa S. Serebin
    Attorneys for Plaintiff Gina Mercieri

Dated: October 5, 2021

GORDON REES SCULLY MANSUKHANI, LLP

By  /s/ Ronald K. Alberts
    Ronald K. Alberts
    Attorneys for Defendant
    Metropolitan Life Insurance Company

SIGNATURE ATTESTATION

The filer hereby attests that she received consent and authority to execute and file from every signatory to this document.

Dated: October 5, 2021           /s/ Lisa S. Serebin
                                 Lisa S. Serebin

*MERCIERI V. METLIFE*, No. 19-cv-2487 MMC
*Stipulation for Dismissal with Prejudice*      2